JEFFREY H. BALLIN, ESQ.
Nevada Bar No.: 4913
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South 3rd Street
Las Vegas, NV  89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: jballin@rmcmlaw.com

*Attorneys for Defendants*
   *Bhupinder Singh and GRK Transport, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br><br>vs.<br><br>BHUPINDER SINGH and GRK TRANSPORT, LLC,<br><br>Defendants. | CASE NO.  2:22-cv-01566-CDS-DJA |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that the law firm of RESNICK & LOUIS, P.C. is withdrawing as counsel of record for Defendants BHUPINDER SINGH and GRK TRANSPORT, LLC and JEFFREY H. BALLIN, ESQ. of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, 700 South Third Street, Las Vegas, Nevada 89101, (702) 383-3400, will be substituting as attorney of record for Defendants. See Exhibit A attached hereto. Please serve all future pleadings and papers upon ROGERS, MASTRANGELO, CARVALHO & MITCHELL at the address set forth above.

/ / /

/ / /

/ / /

/ / /

DATED this 10th day of May 2023.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Jeffrey H. Ballin*

JEFFREY H. BALLIN, ESQ.
Nevada Bar No.: 4913
700 South Third Street
Las Vegas, NV  89101
(702) 383-3400

*Attorneys for Defendants*
*Bhupinder Singh and GRK Transport, LLC*

Please check one:  _X_ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: __5/11/2023__

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2023, a true and correct copy of NOTICE OF SUBSTITUTION OF ATTORNEY was served via the United States District Court CM/ECF system on all parties or persons requiring notice

William W. McGaha, ESQ.
Nevada Bar No. 3234
Schuetze, Mcgaha, Turner & Ferris PLLC
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
Phone: (702) 369-3225
Email: bmcgaha@smlvlaw.net
Attorneys for Plaintiffs

_____
An Employee of
Rogers, Mastrangelo, Carvalho & Mitchell

```
 1  JEFFREY H. BALLIN, ESQ.
    Nevada Bar No.: 4913
 2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
    700 South Third Street
 3  Las Vegas, Nevada 89101
    Phone (702) 383-3400
 4  Fax (702) 384-1460
    Email: jballin@rmcmlaw.com
 5  Attorneys for Defendants
 6
 7              UNITED STATES DISTRICT COURT
 8                  DISTRICT OF NEVADA
```

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br><br>vs.<br><br>BHUPINDER SINGH and GRK TRANSPORT, LLC,<br><br>Defendants. | CASE NO. 2:22-cv-01566 |

## SUBSTITUTION OF ATTORNEY

Defendants, BHUPINDER SINGH and GRK TRANSPORT, LLC, in the above action hereby substitutes JEFFREY H. BALLIN, ESQ., of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, in lieu of PAUL A. ACKER, ESQ., of the law firm of RESNICK & LOUIS, PC, as the attorney of record in the above entitled matter.

DATED this **May** day of **04**, 2023.

_____
BHUPINDER SINGH
Defendant

DATED this **May** day of **04**, 2023.

_____
GRK TRANSPORT, LLC
Defendant

PAUL A. ACKER, ESQ., attorney for Defendants, BHUPINDER SINGH and GRK TRANSPORT, LLC, in the above entitled matter, hereby substitutes in his place and stead, JEFFREY H. BALLIN, ESQ., of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, as attorney for said Defendants.

DATED this 21st day of April, 2023.

RESNICK & LOUIS, PC

PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
8925 W. Russell Rd., Suite 220
Las Vegas, Nevada 89148

JEFFREY H. BALLIN, ESQ., of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, hereby accepts substitution of himself as attorney for Defendants, BHUPINDER SINGH and GRK TRANSPORT, LLC, in the above entitled action.

DATED this 10th day of May, 2023.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
700 South Third Street
Las Vegas, Nevada 89101

Page 2 of 3